# EXHIBIT "B"

# "ORIGINAL USB HAND DELIVERED TO CHAMBERS AND TO BE SERVED TO DEFENDANTS UPON THEIR APPEARANCE"

Cause No. 7:20-CV-257-DC
Exh. B and D