**EXHIBIT C**



# MIDLAND COUNTY
# ARRAIGNMENT SETTING

*** ARRAIGNMENT DATE: FEBRUARY 25TH 2020 @ 9:00 A.M. ***

You MUST appear in the County Courtroom in the Midland County Courthouse, 500 N. Loraine St., 6th floor, in Midland, Texas to be arraigned in your case. If you do not appear, your bond with be FORFEITED and YOU WILL RETURN TO JAIL.

APPROPRIATE COURTROOM ATTIRE IS REQUIRED. DO NOT WEAR: jeans, shorts, athletic shoes, hats, t-shirts, flip-flops, athletic wear or sandals. All shirts must remained tucked. No food, gum, candy or drinks are permitted in the courtroom. FAILURE TO COMPLY WITH THESE RULES MAY RESULT IN A CONTEMPT OF COURT CHARGE, FINES AND JAIL TIME.

Honorable Judge Marvin L. Moore

Honorable Judge K. Kyle Peeler

---

Defendant: FANG, DONGNA           Booking #: 342480

21 MAYNARD ST
SAN FRANCISCO, CA 94112

DOB: ▓▓▓      Gender: F
DL/ID: ▓▓▓    Race: ASIAN/PACIFIC IS     Weight: 125
SSN: ▓▓▓      Height: 5'02"              Hair: BLK
SID #: ▓▓▓                                Eye Color: BROWN

"PLEASE CHECK THE APPPROPRIATE BOXES TO INDICATE THE CHARGES THAT THIS ARRAIGNMENT IS SET FOR."

| Offense # | Charges | Warrant | Crime Class | Bond Amount | Bonding Company |
|---|---|---|---|---|---|
| ☑ 690791 | CRIMINAL TRESPASS | COMPLAINT | MB | $500 | CASH BOND |

Bond Date: 10/05/2020

---

I ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THIS ARRAIGNMENT SETTING.

THIS IS IN NO WAY AN ADMISSION OF GUILT.

X _Dongna_ _____ _Fang_
DEFENDANT: (PRINT)   FIRST    MIDDLE    LAST

_A. Hardaway SII8_
WITNESS:



# MIDLAND COUNTY SHERIFF'S OFFICE
Booking Sheet for Inmate # 342525

Name #: 433246
Name: CHEN, QISHENG
Address: 29814 GOLDEN SPIKE CT.
KATY, TX 77494
Born: CHINA , AO

 

### Personal Identification
| | |
|---|---|
| Drivers Lic: ■■■■ | State: |
| Home Phone: ( ) - | Local ID: 126712 |
| Work Phone: ( ) - | State ID: |
| Soc. Sec.: - - | FBI Number: |

### Physical Description
| | | |
|---|---|---|
| DOB: ■■■■ | Eyes: BRO | Complxn: LGT |
| Race: A | Glasses: G | Build: MD |
| Sex: M | Hair: GRY | Ethnic: AS |
| Hgt: 5'07" | Hair Style: SHRT | |
| Wgt: 150 | Beard: C | |

Assigned Housing: DETOX E  
Current Location: MALE SEATING  
Property Bag: 302  

Booking Date: 11:44:00 10/07/20  
Booked By: HILLIARD A  

No Active Holds Located

| Cause # | Description | Billing Agency | CRT | Bail Amt | Bail Type | DSP | Sent |
|---|---|---|---|---|---|---|---|
| COMPLAINT | JAYWALKING (F) | CITY | MC | $0.00 | BOND | BND | 0 |

 

CHEN, QISHENG
Name #433246DOB: 12/08/64

 

CHEN, QISHENG
Name #433246DOB: 12/08/64



# MIDLAND COUNTY SHERIFF'S OFFICE

Booking Sheet for Inmate # 342523

Name #: 433245
Name: STARKS, RONGLIANG
Address: 3022 BARNHILL LANE
SUGARLAND, TX 77479
Born: CHINA , AO

 

### Personal Identification

| | |
|---|---|
| Drivers Lic: ■■■ | State: TX |
| Home Phone: ■■■ | Local ID: 126713 |
| Work Phone: ( ) - | State ID: |
| Soc. Sec.: ■■■ | FBI Number: |

### Physical Description

| | | |
|---|---|---|
| DOB: ■■■ | Eyes: BRO | Complxn: LGT |
| Race: A | Glasses: G | Build: SM |
| Sex: F | Hair: BRO | Ethnic: AS |
| Hgt: 5'04" | Hair Style: LONG | |
| Wgt: 125 | Beard: | |

Assigned Housing: DETOX C
Current Location: FEMALE SEATING
Property Bag: 263

Booking Date: 11:53:00 10/07/20
Booked By: HILLIARD A

No Active Holds Located

| Cause # | Description | Billing Agency | CRT | Bail Amt | Bail Type | DSP | Sent |
|---|---|---|---|---|---|---|---|
| COMPLAINT | JAYWALKING (F) | CITY | MC | $276.00 | BOND | PEN | 0 |

 

STARKS, RONGLIANG
Name #433245  DOB: 11/01/66

 

STARKS, RONGLIANG
Name #433245  DOB: 11/01/66



# MIDLAND COUNTY SHERIFF'S OFFICE
Booking Sheet for Inmate # 342522

Name #: 433244
Name: NETTESHEIM, LIPING
Address: 6666 HARBOR TOWN DR A209
HOUSTON, TX 77036
Born: CHINA , AO

 

### Personal Identification
| | | | |
|---|---|---|---|
| Drivers Lic: ▇▇ | State: TX | | |
| Home Phone: ▇▇ | Local ID: 126711 | | |
| Work Phone: ( ) - | State ID: | | |
| Soc. Sec.: - - | FBI Number: | | |

### Physical Description
| | | |
|---|---|---|
| DOB: ▇▇ | Eyes: BRO | Complxn: LGT |
| Race: A | Glasses: N | Build: SM |
| Sex: F | Hair: RED | Ethnic: AS |
| Hgt: 5'02" | Hair Style: LONG | |
| Wgt: 120 | Beard: | |

### Scars, Marks and Tattoo Information
| | | |
|---|---|---|
| TATO | ABDM | FLOWER, BUTTERFLY |

Assigned Housing: DETOX C
Current Location: FEMALE SEATING
Property Bag: 360
Booking Date: 11:44:00 10/07/20
Booked By: HILLIARD A

No Active Holds Located

| Cause # | Description | Billing Agency | CRT | Bail Amt | Bail Type | DSP | Sent |
|---|---|---|---|---|---|---|---|
| COMPLAINT | JAYWALKING (F) | CITY | MC | $276.00 | BOND | PEN | 0 |


NETTESHEIM, LIPING
Name #433244 DOB: 11/27/73




NETTESHEIM, LIPING
Name #433244 DOB: 11/27/73