**EXHIBIT F**



COTTON
BLEDSOE
TIGHE &
DAWSON, PC
*Attorneys at Law*

Post Office Box 2776
Midland, Texas 79702-2776
500 West Illinois, Suite 300
Midland, Texas 79701
(432) 684-5782
(432) 682-3672 Fax
www.cottonbledsoe.com

Terry W. Rhoads *Attorney* • (432) 685-8570 DIRECT • (432) 684-3161 FAX • trhoads@cbtd.com

October 30, 2020

Mr. Seth Herman
Chief of Police
Midland Police Department
601 N. Loraine Street
Midland, TX 79701

      RE:    Complaint of Harassing Behavior/Stalking
               Complainant/Victim: Dr. Bob Fu & Family
               Dates of Incidents: September 26, 2020 - Current

Dear Chief Herman,

      We have been retained by Dr. Bob Fu to represent him and his family concerning the illegal activities that have occurred and that are continuing to occur almost daily since late September at and in front of his family home (4719 Bishops Castle Drive) in Midland.

      Despite assurances that this "protest" would end, the crowd has grown and the actions reveal the true identity and intent of this organized effort to do more than convey a message of opposition to the nature of Dr. Fu's work, but was and is intended to cause him and his family harm, including substantial psychological distress. The message has been repeatedly redelivered by members of the organized group over a month now. If even a protected protest initially, it is certainly expired by now.

      Our Supreme Court has recognized that protecting the well-being, tranquility and privacy of the home is one of the highest order of our country … a free and civilized society. These hired "protestors" are really antagonists and agents of Guo Wengui, whose mission is to kill (or eliminate) Bob Fu and his work. Daily they direct their threats and messages to his home, rendering it (and the occupants) a target under virtual siege, which forced him to flee his own castle for a time. People are not required to welcome unwanted speech into their homes. The offensive and threatening "speech" the antagonists project is directed at the household of Dr. Fu and not the public. Dr. Fu, his family, and their neighbors should not be held captive, trapped in their respective homes, to such offensive and harassing speech. Such illegal and wrongful activity must be stopped.

      Law enforcement is aware of the activities and harassing behavior of the antagonists. Please consider this letter as Dr. Fu's and his family's formal report to the Midland Police Department complaining that each of the antagonists' harassing behavior, including the leaders

October 30, 2020
Page 2

and organizations acting in concert with those on the sidewalks in front of the Fu home, constitute numerous offenses of stalking my clients.

We request that the appropriate authorities expeditiously complete their investigations so they can promptly arrest, file charges, and prosecute these wrongdoers to protect our citizens in accordance with the laws of this land.

Finally, we appreciate the fine efforts of law enforcement in tough times, and pray for you and those under your leadership who serve our community to protect its citizens (and visitors alike) under the law.

                                    Very truly yours,

                                    COTTON, BLEDSOE, TIGHE & DAWSON, P.C.

                                    Terry W. Rhoads

TWR/djw
cc:   Mayor Patrick Payton
      City Attorney John Ohnemiller
      Chief Seth Herman, Midland Police Department
      District Attorney Laura Noldolf