# EXHIBIT
# G

# Midland Police Department

Incident Case Number:   20-1022-013

Reporting Agency:   Midland Police Department

Print Date/Time:   11/05/2020 16:44:13

**Disclaimer: The information contained within this report is reflective of the investigation at the date and time of its printing.**

## INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** *Midland Police Department* | | **Case#** *20-1022-013* |
| **ORI** *TX1650100* | | **Date / Time Reported** *10/22/2020  13:35  Thu* |
| | | **Last Known Secure** *10/22/2020  13:35  Thu* |
| **Location of Incident** *4719 Bishops Castle Dr, Midland TX* | **Premise Type** *Residence/home* | **Zone/SECTOR** MPD, P3 | **At Found** *10/22/2020  13:35  Thu* |

**INCIDENT DATA**

| | | | | | |
|---|---|---|---|---|---|
| #1 | Crime Incident(s) *Terroristic Threat Cause Fear Of Imminent Sbi - PC 22.07(c)  MB* | (Com) M | Weapon / Tools | | Activity |
| | | | Entry | Exit | Security |
| #2 | Crime Incident | ( ) | Weapon / Tools | | Activity |
| | | | Entry | Exit | Security |
| #3 | Crime Incident | ( ) | Weapon / Tools | | Activity |
| | | | Entry | Exit | Security |

**MO**

**VICTIM**

# of Victims  *1*     Type:  INDIVIDUAL     Injury:  None

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | *FU, BOB* | *1,* | *07/12/1968* Age *52* | *A* | *M* | *1RU,2RU* | *Resident* | |

| Home Address *4719 BISHOPS CASTLE DR , Midland, TX 79707-* | | Home Phone *267-265-6087* |
|---|---|---|
| Employer Name/Address *CHINA AID* | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: | | | | Injury: | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| Type: | | | | Injury: | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | | Home Phone |
|---|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *HEDRICK, M. (0859)* | | | |
|---|---|---|---|
| Invest ID# *(0)* | | Supervisor *HEDRICK, M. (0859)* | |
| **Status** Complainant Signature | Case Status *Active / Further Investigation* *10/26/2020* | Case Disposition: | Page 2 |

| R_CS1 I BR | Printed By: SHERMAN, SHERMAN | Sys#: 193874 | 11/05/2020 16:44 |
|---|---|---|---|

# INCIDENT/INVESTIGATION REPORT

*Midland Police Department*

Case # *20-1022-013*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 20-1022-013         *Midland Police Department*

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Midland Police Department | | OCA |
| --- | --- | --- |
| | | 20-1022-013 |
| Victim | Offense | Date / Time Reported |
| FU, BOB | TERRORISTIC THREAT CAUSE FEAR OF | Thu 10/22/2020 13:35 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On Thursday October 22, 2020 at approximately 1300 hours Bob Fu called in to the City of Midland Police dispatch reporting a bomb threat. Chief Herman, Hedrick and Lt. Rackow went to 2204 Cuthbert to meet with Mr. Fu. Upon arrival Mr. Fu started showing DC Hedrick a live stream of protesters in front of his house at 4719 Bishops Castle saying they were in the street and needed to be arrested. DC Hedrick explained to Mr. Fu of what criminal charges they were committing or not committing and we were not going to arrest the protesters for standing in the roadway next to the curb as no vehicle traffic was coming nor was any roadway being blocked. Mr. Fu went on to say and try to show us a forum that is on an app called Discord. DC Hedrick does not know the name of the forum on the app however Mr. Fu has everything on his phone on how to get to the exact place where people are talking about Mr. Fu. This forum according to Mr. Fu is being run by Mr. Kwak or Gua out of New York. Everyone on this forum has a handle or nickname as well as a membership number. The string of comments came on 10-21-20 in this forum on this discord app and are in Chinese. The two individuals or nicknames (Wen Zha and Wen Yi) that he is stating are posting pictures of explosives and are telling others to come blow up the communist bandit. The picture preceding these comments and pictures of "explosives" was a picture of Mr. Fu in communist clothing. The context clues do indicate that the communist bandit would be Mr. Fu but there was no direct threat saying to blow up Mr. Fu. The pictures that were posted were looked at by Lt. Rackow whom is our Bomb Tech. Lt. Rackow could not discern whether these items were actual explosives, a picture off of a brochure, or whose hand they might be in. Mr. Fu claims they are mining explosives from China however currently we were not able to confirm any of that from the pictures themselves. For pictures of these posts and other details please see Mr. Fu so they can be taken off of his phone. At approximately 1614 hours bomb techs Lt. Rackow and Investigator Bullard conducted a bomb sweep of 4719 Bishops Castle and no indications were given by Investigator Bullards bomb dog.

## Incident Report Suspect List

*Midland Police Department*

OCA: *20-1022-013*

---

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *ZHA, WEN* | | |

| Business Address | | |
|---|---|---|

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | | | | | | | | | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|---|
| | | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

Notes       Physical Char

---

**2**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *YI, WEN* | | |

| Business Address | | |
|---|---|---|

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | | | | | | | | | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|---|
| | | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

Notes       Physical Char

---

# Midland Police Department

## INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb      **Result Type:** Actual

**Agency Incident ID:**   2010-09511      **BATS ID: 1361339**

**Investigation Title:**   Terroristic Threat



---

## Incident Date/Time/Location

**Status**

Investigation Inactive/Suspended

**Start Date/Time**

10/21/2020 16:16 Wednesday

**Address**

4719  Bishops Castle Drive

**City/State/Zip**

Midland, TX 79705

**County**

Midland County

## Investigator Information

| **Name** | **Phone** | **Email** |
|---|---|---|
| BRIAN  RACKOW | 432-230-7568 | ▇▇▇▇▇▇▇▇▇▇ |

| **Title** | **Badge Number** | |
|---|---|---|
| Bomb Commander | 0766 | |

## Property Use or Target Information

| **Type** | **Subtype** | **Status** |
|---|---|---|
| Residential | Other | Vacant And Secured |

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:   1

# Midland Police Department

## INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb

**Agency Incident ID:**   2010-09511

**Investigation Title:**   Terroristic Threat

**Result Type:** Actual

**BATS ID: 1361339**



## Scene Details

## *Miscellaneous Information*

**Threats**

Notice to Media

**Latitude**

32.042050

**Longitude**

-102.106088

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:   2

# Midland Police Department

## INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb

**Agency Incident ID:**     2010-09511

**Result Type:** Actual

**BATS ID: 1361339**

**Investigation Title:**     Terroristic Threat



## Attachments

| Filename | Description | Date |
|---|---|---|
| 4719 BISHOP.pdf | | 10/22/2020 |

## No image specified

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:     3



# Midland Police Department
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb      **Result Type:** Actual

**Agency Incident ID:** 2010-09511      **BATS ID: 1361339**

**Investigation Title:**    Terroristic Threat

---

IMG_0420.PNG                                                     10/22/2020



This report may not be disseminated outside your agency without permission from the originating agency.      Page:   4

Law Enforcement Sensitive



# Midland Police Department

### INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Threat / Bomb                 **Result Type:** Actual

**Agency Incident ID:**   2010-09511            **BATS ID:** 1361339

**Investigation Title:**   Terroristic Threat

---

IMG_0421.PNG                                                             10/22/2020



This report may not be disseminated outside your agency without permission from the originating agency.

Page:   5

Law Enforcement Sensitive

# Midland Police Department
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb
**Agency Incident ID:** 2010-09511
**Investigation Title:** Terroristic Threat

**Result Type:** Actual
**BATS ID:** 1361339



---

IMG_0422.PNG

10/22/2020



---

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive



# Midland Police Department
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb      **Result Type:** Actual

**Agency Incident ID:** 2010-09511     **BATS ID:** 1361339

**Investigation Title:** Terroristic Threat



---

IMG_0423.PNG                                                 10/22/2020

07:51      .ıll LTE



核潜艇999 (#谈谈外汇, 战友...
@郭先生家的snow 一半人能看
懂就不错了 花边新闻倒是秒懂

何达粗 Today at 5:11 AM
最近买的衣服没有国产的了
越南，毛里求斯，印尼

祷告者 Today at 5:12 AM
请自愿去支援德州的战友私信联系
MD(文怡) #4401，最关键的时刻，需
要背靠背手牵手！战友们坚持就是胜
利，希望更多的战友加入到惩贼行动中
来，惩贼！灭共！没我不行！😊😊😊
https://cdn.discordapp.com/
attachments/
758885703525728277/765560224609
599558/BOb_14.png



→ Welcome 從來不需要想起. Say hi!
Today at 5:13 AM
••• 减共蓝月亮(Frost) is typing...

  Message #主文字室1 

# Midland Police Department
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb

**Agency Incident ID:** 2010-09511

**Investigation Title:** Terroristic Threat

**Result Type:** Actual

**BATS ID:** 1361339



IMG_0424.PNG

10/22/2020





This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

# Midland Police Department

## INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb

**Agency Incident ID:** 2010-09511

**Investigation Title:** Terroristic Threat

**Result Type:** Actual

**BATS ID:** 1361339



---

IMG_0425.PNG                                                                                     10/22/2020



Fwd:
Urgent memo(October
21, 2020): Bomb threat
with images from early
morning at Guo's Media
chat/recruit platform for
mobilizing his followers
to come to Midland TX to
besiege my home:

I am only screenshot a
few images from 5:12am
this morning as shown
below Guo's leaders are
still actively post posters
almost every 15 minutes
calling followers to Mid-
land Texas for campaign
of "taking down CCP"



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive



# Midland Police Department

INCIDENT REPORT

**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Threat / Bomb                 **Result Type:** Actual

**Agency Incident ID:**   2010-09511          **BATS ID:** 1361339

**Investigation Title:**   Terroristic Threat

---

IMG_0426.PNG                                                              10/22/2020



I am only screenshot a few images from 5:12am this morning as shown below Guo's leaders are still actively post posters almost every 15 minutes calling followers to Midland Texas for campaign of "taking down CCP" with angry fist toward my deformed photo and my name Bob Fu(images below). Then from around 5:57am images of special kind of dynamite were posted by one of Guo's followers on the chat room



This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive

Page:    10



# Midland Police Department
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Threat / Bomb                    **Result Type:** Actual

**Agency Incident ID:**   2010-09511                **BATS ID:** 1361339

**Investigation Title:**   Terroristic Threat

---

IMG_0427.PNG                                                        10/22/2020



chat room
posted by a guy named
EC王炸、文炸
#5582(His ID number at
VOG media room) . The
images were posted with
the text message urging
"GO, BOMB CCP BAN-
DIT/THIEF." That mes-
sages continue to ap-
pear in the platform now.
You can see these ongo-
ing posts and images
here: https://
discord.com/invite/
ZhGK3EA
You may need to register
at Discord app



This report may not be disseminated outside your agency without permission from the originating agency.                    Page:    11

Law Enforcement Sensitive

# Midland Police Department
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**

**Incident Type:** Threat / Bomb          **Result Type:** Actual

**Agency Incident ID:**   2010-09511          **BATS ID: 1361339**

**Investigation Title:**      Terroristic Threat



## Narrative(s)

**Title**

Narrative

**Author**

BRIAN RACKOW

4322307568

brian0766@me.com

## Description

Explosive K9 sweep of outside residential home at 4719 Bishops Castle at the direction of Chief Herman. Sweep conducted by Lt Brian Rackow and DA Investigator Kevin Bullard.  No indication of explosives were given by the K9 unit. Backyard was not checked due to it being secured from the inside.

This report may not be disseminated outside your agency without permission from the originating agency.          Page:      12

Law Enforcement Sensitive



# Midland Police Department
## INCIDENT REPORT
**Official Law Enforcement Report - Unauthorized Dissemination is Prohibited**



**Incident Type:** Threat / Bomb          **Result Type:** Actual

**Agency Incident ID:**    2010-09511          **BATS ID:  1361339**

**Investigation Title:**    Terroristic Threat

---

This section intentionally left blank

Bomb Commander - RACKOW, BRIAN                    Date

Approving Official                    Date

This report may not be disseminated outside your agency without permission from the originating agency.

Law Enforcement Sensitive