# EXHIBIT I

| CH-100 | **Request for Civil Harassment Restraining Orders** |
|---|---|

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO) before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

*Clerk stamps date here when form is filed.*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

NOV 12 2020

DAVID H. YAMASAKI, Clerk of the Court

BY: _____ DEPUTY

① **Person Seeking Protection**

a. Your Full Name: Jianmin Wu       Age: 57

Your Lawyer (if you have one for this case)
Name: _____ State Bar No.: _____
Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

Address: ███
City: ███   State: ███   Zip: ███
Telephone: ███   Fax: ███
E-Mail Address: ███

*Fill in court name and street address:*
Superior Court of California, County of
ORANGE
700 Civic Center Drive West
Santa Ana, CA 92701
Central Justice Center

*Court fills in case number when form is filed.*
Case Number:
**01169678**

② **Person From Whom Protection Is Sought**

Full Name: Wengeng Wang       Age: 51
Address (if known): ███
City: ███   State: ███   Zip: ███

③ **Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☑ Yes ☐ No  *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| ███ | ■ | ■ | ███ | Child |
| ███ | ■ | ■ | ███ | Child |
| ███ | ■ | ■ | ███ | Wife |
|  |  |  | ☐ Yes ☐ No |  |

☐ Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.

b. Why do these people need protection? *(Explain below):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.

Wang continuously visits my home and his offensive languages broke the peacefulness of my family, and made my two underage kids live in horror.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2016, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6
→

30-2020

Case Number: 01169678

**④ Relationship of Parties**

How do you know the person in ②? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

I've only gotten some of his information from his Twitter account after the harassment occurred

**⑤ Venue**

Why are you filing in this county? *(Check all that apply):*
a. ☐ The person in ② lives in this county.
b. ☑ I was harassed by the person in ② in this county.
c. ☐ Other *(specify):* _____

**⑥ Other Court Cases**

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☑ Yes  ☐ No  *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in (County/State) | Year Filed | Case Number (if known) |
|---|---|---|---|---|
| (1) | ☑ Civil Harassment | Orange, CA | 2020 | 01162574 |
| (2) | ☑ Domestic Violence | Alhambra, CA | 2020 | |
| (3) | ☐ Divorce, Nullity, Legal Separation | Country of LA, CA | 2017 | BC60022 |
| (4) | ☐ Paternity, Parentage, Child Custody | | | |
| (5) | ☐ Elder or Dependent Adult Abuse | | | |
| (6) | ☐ Eviction | | | |
| (7) | ☐ Guardianship | | | |
| (8) | ☐ Workplace Violence | | | |
| (9) | ☐ Small Claims | | | |
| (10) | ☐ Criminal | | | |
| (11) | ☐ Other *(specify):* | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☑ No ☐ Yes *(If yes, attach a copy if you have one.)*

**⑦ Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.
 (1) When did it happen? *(provide date or estimated date):* Nov, 10 2020
 (2) Who else was there?
  Wang led more than 10 members of The New Federal State of China(NFSC) each time, but I am not sure of their names.

**This is not a Court Order.**

30-2020

Case Number: 01-169678

(7) a. (3) How did the person in ② harass you? *(Explain below):*
☑ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write *"Attachment 7a(3)—Describe Harassment"* for a title.
See Attachment.

(4) Did the person in ② use or threaten to use a gun or any other weapon?
☑ Yes ☐ No *(If yes, explain below):*
☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write *"Attachment 7a(4)—Use of Weapons"* for a title.

Wang has mentioned multiple times about assaulting my whole family with a gun and posting what he said onto twitter.

(5) Were you harmed or injured because of the harassment?
☑ Yes ☐ No *(If yes, explain below):*
☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write *"Attachment 7a(5)—Harm or Injury"* for a title.

My family and I have always stayed indoors to prevent any physical harm being done to us. Wang has records of assaulting someone else with the same situation and my family doesn't want to take the risk. But my family was horrified and I had trouble falling asleep.

(6) Did the police come? ☑ Yes ☐ No
If yes, did they give you or the person in ② an Emergency Protective Order? ☐ Yes ☑ No
If yes, the order protects *(check all that apply):*
☐ Me   ☐ The person in ②   ☐ The persons in ③.
*(Attach a copy of the order if you have one.)*

b. Has the person in ② harassed you at other times?
☑ Yes ☐ No *(If yes, describe prior incidents and provide dates of harassment below):*
☑ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write *"Attachment 7b—Previous Harassment"* for a title.

Sep 23, Sep 24, Sep 25, Oct 6, Oct 21, Nov 4 and Nov 10

**This is not a Court Order.**

Revised January 1, 2018   **Request for Civil Harassment Restraining Orders**   CH-100, Page 3 of 6
(Civil Harassment Prevention)   →

30-2020

Case Number: 01169678

**Check the orders you want.** ☑

⑧ ☑ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③:

a. ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☑ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☐ Other (specify):

  ☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.

The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.

⑨ ☑ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least **500** yards away from (check all that apply):

  (1) ☑ Me.              (8) ☑ My vehicle.
  (2) ☑ The other persons listed in ③.   (9) ☐ Other (specify):
  (3) ☑ My home.
  (4) ☑ My job or workplace.
  (5) ☑ My school.
  (6) ☑ My children's school.
  (7) ☑ My children's place of child care.

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?   ☑ Yes  ☐ No  (If no, explain below):

  ☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.

⑩ **Guns or Other Firearms and Ammunition**

Does the person in ② own or possess any guns or other firearms?   ☑ Yes  ☐ No  ☐ I don't know

If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.

**This is not a Court Order.**