**EXHIBIT J**

Case 1:18-cv-01064-TSE-IDD Document 114-2 Filed 10/25/19 Page 19 of 7 PageID# 678
Case 7:20-cv-00257-DC Document 33-10 Filed 12/31/20 Page 2 of 8

B

# PRELIMINARY PROTECTIVE ORDER

Commonwealth of Virginia    VA. CODE § 19.2-152.9

PRINCE WILLIAM GENERAL DISTRICT - CIVIL

Case No. ........ GV19011752-00
Hearing Date and Time: 7-17-19 @ 11:30a

[X] General District Court   [ ] Circuit Court
[ ] Juvenile and Domestic Relations District Court

[X] Extension of Preliminary Protective Order

12/17/19 @ 11:?a

| PETITIONER | | |
|---|---|---|
| | GUO, BAOSHENG | |
| LAST | FIRST | MIDDLE |

And on behalf of minor family or household members:
(list each name and date of birth)
  GUO, QIAN AI .......... 4/5/2015
  GUO, TULIP .......... 11/2/2012

PETITIONER'S DATE OF BIRTH
1/7/1972

Other protected family or household members:
(list each name and date of birth)
  GUO, LILI .......... 9/18/1978

V.

| RESPONDENT | | |
|---|---|---|
| | GUO, WEN GUI | |
| LAST | FIRST | MIDDLE |

781 5TH AVE., 18TH FLOOR
RESPONDENT'S ADDRESS
NEW YORK, NY 10022

[ ] CAUTION: Weapon Involved

**RESPONDENT IDENTIFIERS** (IF KNOWN)

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| M | | | | | | | | | |

SSN
DRIVER'S LICENSE NO.   STATE   EXP.

Distinguishing features: ..........

## SUMMONS FOR HEARING

TO ANY AUTHORIZED OFFICER: Summon the Respondent as provided below:
TO THE RESPONDENT: You are commanded to appear before this Court on .......... 7/17/19 @ 11:70a
                                                                                        DATE AND TIME
at Prince William County General District Court .......... for a hearing on this Petition.
      NAME AND ADDRESS OF COURT

7/3/19
DATE ISSUED                                              [ ] CLERK   [ ] DEPUTY CLERK

**THE COURT FINDS** that it has jurisdiction over the parties and subject matter, and that
1. [✓] The Petitioner is, or has been, within a reasonable period of time, subjected to an act of violence, force or threat, **OR**
   [ ] A warrant or petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1; and
2. In order to protect the health and safety of the Petitioner or any family or household member of the Petitioner, a preliminary protective order is warranted.
[✓] *Ex Parte* Proceeding Only: The petition has been supported by an affidavit or sworn testimony before the judge or intake officer, and either the Petitioner is in immediate and present danger of any act of violence, force, or threat or there is sufficient evidence to establish probable cause that an act of violence, force, or threat has recently occurred so as to justify an *ex parte* proceeding.
   [ ] As this order was entered without a separate affidavit or an attested petition, or without a form pursuant to Va. Code § 16.1-253.4(D) being presented, the basis upon which this order is entered, including a summary of the allegations made and the court's findings, is as follows:

..........

**THE COURT ORDERS** that:
[ ] The Respondent shall not commit acts of violence, force, or threat or criminal offenses that may result in injury to person or property.
[✓] The Respondent shall have no contact of any kind with the Petitioner
   [✓] except as follows: ..........
[ ] The Respondent shall have no contact of any kind with the family or household members of the Petitioner named above
   [ ] except as follows: ..........
[ ] The Petitioner is granted possession of the companion animal described as ..........
                                                                                    NAME/TYPE
[ ] It is further ordered that
..........

Case No. GV19011752-00

It is further ORDERED that a full hearing on the petition for a protective order be held at this Court on 7/17/19 at 11:30 * and that notice of this hearing be given to the Respondent.

* If the court is closed on the above date because the conditions constitute a threat to the health or safety of the general public or for another reason set forth in Va. Code § 16.1-69.35 or § 17.1-207, the full hearing will be held on the next day that the court is open, and this Preliminary Protective Order will remain in full force and effect until this order is dissolved by the court, another preliminary protective order is entered or a protective order is entered.

[X] It is ORDERED that the Preliminary Protective Order is extended Dec 17, 2019 @ 11:30 WSCL
    [ ] as the Respondent failed to appear at the protective order hearing set for ................... 7/17/19 because the Respondent was not personally served.
    [ ] upon motion of the Respondent and for good cause shown.

[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. No. of supplemental sheets ...........

7/3/19
DATE

_____
JUDGE

FORM DC-384 (MASTER, PAGE TWO OF _____) 07/19

Case No. GV19011752-00

**RETURNS:** Each person was served according to law, as indicated below, unless not found.

| RESPONDENT: | PETITIONER: (See form DC-621, Non-Disclosure Addendum) |
|---|---|
| NAME .................... | NAME GUO BAOSHENG |
| ADDRESS .................... | |
| [ ] PERSONAL SERVICE   TELEPHONE NUMBER .................... | [X] PERSONAL SERVICE |
| [ ] NOT FOUND | [ ] NOT FOUND |
| SERVING OFFICER for .................... | #665·7 SERVING OFFICER for PWCSO SHERIFF. HILL 7/3/19 1250 HRS DATE AND TIME |
| RESPONDENT'S DESCRIPTION (for VCIN entry): RACE .......... SEX .......... DOB: .......... HGT .......... WGT .......... EYES .......... HAIR .......... SSN .......... Relationship to Petitioner/Plaintiff .......... Distinguishing features .......... | [ ] Copy delivered to .................... I CERTIFY THAT THE DOCUMENT TO WHICH THIS AUTHENTICATION IS AFFIXED IS A TRUE COPY OF A RECORD IN THE PRINCE WILLIAM GENERAL DISTRICT COURT AND THAT I AM THE CUSTODIAN OF THAT RECORD. DATE 7/12/19 SIGNATURE [signature] CLERK / DEPUTY CLERK |

**WARNINGS TO RESPONDENT:**

Pursuant to Code of Virginia § 18.2-308.1:4, Respondent shall not purchase or transport any firearm while this order is in effect. If Respondent has a concealed handgun permit, Respondent must immediately surrender that permit to the court issuing this order. If Respondent violates the conditions of this order, Respondent may be sentenced to jail and/or ordered to pay a fine. This order will be entered into the Virginia Criminal Information Network. Either party may at any time file a motion with the court requesting a hearing to dissolve or modify this order; however, this order remains in full force and effect unless and until dissolved or modified by the court. **Only the court can change this order.**

**DEFINITIONS:**

"Act of violence, force, or threat" means any act involving violence, force, or threat that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury. Such act includes, but is not limited to, any forceful detention, stalking, criminal sexual assault in violation of Article 7 (§ 18.2-61 et. seq.) of Chapter 4 of Title 18.2, or any criminal offense that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.

"Family or household member" means (i) the person's spouse, whether or not he or she resides in the same home with the person, (ii) the person's former spouse, whether or not he or she resides in the same home with the person, (iii) the person's parents, stepparents, children, stepchildren, brothers, sisters, half-brothers, half-sisters, grandparents and grandchildren regardless of whether such persons reside in the same home with the person, (iv) the person's mother-in-law, father-in-law, sons-in-law, daughters-in-law, brothers-in-law and sisters-in-law who reside in the same home with the person, or (v) any individual who has a child in common with the defendant, whether or not the person and that individual have been married or have resided together at any time, or (vi) any individual who cohabits or who, within the previous twelve (12) months, cohabitated with the person, and any children of either of them residing in the same home with the person.

Job #: 1480048

**SUPERIOR COURT**
**STATE OF VIRGINIA, COUNTY OF ACCOMACK**
Attorney: PRO-SE
Address:

| | |
|---|---|
| BAOSHENG GUO | Index Number: GV19011752-00 |
| Plaintiff | Client's File No.: |
| vs | Court Date: 07/17/2019 |
| WEN GUI GUO | |
| Defendant | Date Filed: |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
CHRISTOPHER HERNANDEZ, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 8/2/2019, at 12:00 PM at: 781 ▮▮▮▮▮ 18TH FLR, NEW YORK, NY 10022 Deponent served the within **PRELIMINARY PROTECTIVE ORDER**

On: WEN GUI GUO, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to John Doe (Head of Security) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: White | Color of hair: Bald | Glasses: |
|---|---|---|---|
| Age: 60 | Height: 5ft 9in - 6ft 0in | Weight: 201-250 Lbs | Other Features: glasses |

☐ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#5 OTHER**
The three times I attempted to serve they refused to send someone down nor let me up to serve the papers. They refused access.

☒ **#6 MAILING**
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: 08/02/2019 in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 08/05/2019

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025821, Qualified in Queens County
Term Expires, August 3, 2019

CHRISTOPHER HERNANDEZ
DCA License # 2066936



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

**Why did I apply for a protective order to prevent the damager from Wengui Guo?**

Dear Judge:

My name is Baosheng Guo and I am a US-citizen. I live with my wife Lili and our two daughters in Gainesville, Virginia, one of them is thirteen and the other is 6 years old. I am a media commentator and a Chinese dissident. In my case, The respondent and suspect is Mr.Wengui Guo,  He is a Chinese billionaire and a public figure in the media, and he is an economic fugitive wanted by the Interpol, the Chinese government, as well as wanted by the Hong Kong government. Because my comments on him in social media and online newspaper, he had not only very frequently made a malicious personal attack on me and defamed me on media, but also intentionally threatened my family.  I have hereby four reasons to submit as support for my application for a protective order against Mr. Wengui Guo in order to prevent my family from severe damages by Mr. Wengui Guo:

First, on September 5, 2018, the suspect posted my passport and driver's license on his website (www.guo.media), and his followers widely reposted my passport and drivers license on the internet. His behavior obviously violated the criminal law of   Virginia and the criminal law of Federal( 18 US Code §2722(a)). My lawyer has asked his lawyer many times to delete my passport and driver's license he posted online, but he always rejected. I reported this case to Prince Willian County Police Department on March 9,2019, and the case No. on the police report is PD190008208-002.

Secondly, My friend Wei Zhang was attacked by Wengui Guo's bodyguards on July 1,2019. When I and Mr.Wei Zhang went to the Eastern District Court of Virginia in Alexandria to listen to a lawsuit between Wengui Guo and Mr. Yeliang Xia. The suspect and his bodyguards frequently looked back at us in the courtroom and they stared at us ferociously. About 11:00am, Mr. Wei Zhang went to the restroom and was attacked and controlled by Wengui Guo's four bodyguards in front of the entrance of the restroom beside the courtroom on the same floor, because Mr. Wei Zhang looks like me. Then we reported this case to an investigating DHS officer. I extremely worry that Mr. Wei Zhang's experience will repeat on me. Mr. Wei Zhang has already come here today and he can speak as a witness.

To the Third, My friend Xianmin Xiong, a media commentator was attacked, tracked and threatened by Wengui Guo and his agents, and the front door of Mr. Xiong's house was severely damaged through violent attacking by Mr.Wengui Guo and his agents. Mr. Xianming Xiong reported this case to the New York Police Department. I worry that Mr. Xianmin Xiong's experience will repeat on me. Mr. Xianmin Xiong has already come here today, he can speak as a witness.

To the Forth, from May 2018 to today, Wengui Guo and his followers still keep defaming, threatening and even death threatening my family through public media and phone calls. I have translated this defamation and threatening words through certified translation companies.

1) From May 30 to Jun 2, 2018, Guo wengui's female follower called me and my wife's cell phone many times, she left more voice messages to death threat

our family, like "Baosheng Guo, your family should die" "neither of your girls will get married!" "your family should die, your house is on fire! go out and get hit by a car!""Baosheng Guo, you die like a dog, go out and get hit by a car". My wife felt very scared and terrified. I have these voice messages evidence.

2) On July 1, 2018, one of Guo wengui's followers threatened Canada's female media commentator in his Twitter:" I will look for a Muslim refugee to set a bomb in her house when she goes to bed, she will sleep in the hell forever". It was said that the female media commentator reported her case to the local police, and my wife felt very scared and terrified.

3) From May 2018 to today, in his YouTube channel and Guo.media, Wengui Guo still keeps using dirty and malicious words defaming my reputation and threatening me to send me into prison. He defamed me that Baosheng Guo is a big liar, a fake pastor, a spy, a crook, beast, rotten guy, a prostitute. In addition, he said that he uses lawsuits as a weapon and let me keep staying in court and prison and let me not be able to do anything else.

4) July 13, 2019, my preliminary protective order was issued, on that day, Wengui Guo made a live stream on his YouTube channel and continue defaming and threatening me:

16: 08: he slandered me that I am the spy of China Communist party and that I am instructed by the Chinese government, and I angered him and framed him.

59:09: he defamed me that I cheat him 10000 $.

1:41:27: he threatened me that I will be claimed in 20 lawsuits by him so I will keep staying in court for a lifetime until I will be sent into prison.

2:30:00: he slandered me that I deceive many people and cheat money.

In conclusion, based on the foregoing, my family applies for the protective order in order to protect my family's safety and peace and to prevent Wengui Guo's hurt, damage and threats. This order is very important for our family and US citizen's fundamental human rights.

Best Regards,

Baosheng Guo

7/17/2019

On July 17, 2019, Judge of the District Court for Prince William County of Virginia issued protective order enjoining Defendant WenGui Guo from publishing directly or indirectly any false, malicious, defamatory or materially misleading comments regarding Plaintiff BaoSheng Guo . But Defendant WenGui Guo after THE INJUNCTION ORDER, ECF on July 17, 2019, keep to using these social media platforms - current 266,948 subscribers, "路德社" and "郭文贵" to attack many notable Chinese figures,

e.g. politicians, entrepreneurs, and scholars, horribly insulted Baosheng Guo, Yeliang Xia and his witness Mr. Wei Zhang, Xianmin Xiong and Stephen Tao Jiang in the public.

From Video <<  7/21/2019
https://www.youtube.com/watch?v=xApwPTXGQ0w&t=932s
 >>
Defendant Wengui Guo 's evidence of crime is between 49:54 and 101:00 in this video period, Defendant Wengui Guo  publicly declared that (anyone) wants to destroy Baosheng Guo and his witness Mr. Wei Zhang, Xianmin Xiong and Stephen Tao Jiang in the public. Otherwise, it may be destroyed by someone who "smashes a knife from behind".

On  July 3, 2019, my preliminary protective order was issued, in this day, Wengui Guo made a live stream in his Youtube channel and continue defamation and threaten me:

   16:08 : he slander me that I am the spy of China comminust party and was instructed by Chinese goverment, and I angered him and framed him.

   59:09: he defamation me that I cheat him 10000 $.

   1:41:27: he threa me that  I will be proscute 20 case by him,  I will staying in court for a lifetime untill I will  be send to prison.

   2:30:00: he slander me that I deceive many people and cheat money.

   https://www.youtube.com/watch?v=soZhdsNb9HU  7/3/2019

Best Regards

Baosheng Guo  7/22/2019