# EXHIBIT
# M

# Midland Reporter-T

TUESDAY, NOVEMBER 3, 2020

# DEMONSTRATORS GONE



Chinese protestors stand Oct. 15 outside Pastor Bob Fu's Bishops Castle Drive home claiming Fu is a communist spy.

*Tim Fischer/Reporter-Telegram*

# Protesters leave home of Midland pastor after a month of picketing

### By Caitlin Randle
*crandle@mrt.com*

The protesters who had been picketing for a month outside the home of Midland Pastor Bob Fu are gone, though there's a possibility they may return following Election Day.

There were no protesters on Fu's street in Polo Park on Monday, and the only traces left of the almost 30 days they'd spent demonstrating there were a patrol vehicle parked a block away

■ **Insider**
—Subscriber exclusive

and "We Are Bob Fu" signs placed in neighbors' yards to show support for Fu.

But it's possible the protests haven't ended permanently. Fu told the Reporter-Telegram on Monday that some of the protesters have posted on social media that they are going to Washington, D.C., to await the results of the presidential election and will

return later.

Fu said he is still receiving death threats from followers of Miles Guo, the Chinese billionaire who has accused Fu and others of being spies for the Chinese Communist Party, and he and his family are remaining under police protection at a location outside Midland.

"They said they will never leave unless I'm imprisoned," he said of the protesters.

Please see FU/4A

# Fu

## From 1A

The last month has been difficult for his family, Fu said, with his children unable to go to school and his mother-in-law receiving treatment at Midland Memorial Hospital, which he attributed to anxiety about the situation his family is in.

"The greatest toll of this saga — already near a month — has been our family is really stressed out," he said.

Fu said they were upset by the idea of not being able to return home before Thanksgiving and spend the holiday with their family in Midland.

The apparent break in protests came a day before the Midland City Council is set to consider an ordinance prohibiting residential picketing.

If approved, the ordinance will change police regulations for the city of Midland to make "residential picketing and targeted marches adjacent to a residence or dwelling of an individual" an offense punishable by a maximum penalty of a $500 fine.

Midland Mayor Patrick Payton had said during a press conference on Oct. 15 that the city and police department were exploring ways to stop the protests without infringing on protesters' First Amendment rights to free speech.

The Midland City Council meeting will be held 10 a.m. Tuesday over a Zoom video conference.