# EXHIBIT N



**Sara** Today at 15:39

@支援德州　亲爱的战友们，我们准备DC支持总统竞选，所以提前结束第一波米德兰惩傅戏求行动，我们马上要飞往华盛顿DC啦！第二波等川普总统大胜后再一起集结！！！！感谢每位战士！我将会6小时接不到电话，因为在飞机上　@everyone 请战友们互相通知，DC见，一起加油啦，这次是中国人的选举！

👍 305　🙏 232　🏄 113　⌛ 100