# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| XIQIU "BOB" FU, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | MO:20-CV-257-DC |
| § | |
| GUO WENGUI, a/k/a MILES KWOK, § | |
| MILES GUO, WENGUI GUO, HO WAN § | |
| KWOK, *et al.*, § | |
|    *Defendants*. § | |

## ORDER GRANTING MOTION FOR AGREED PRELIMINARY INJUNCTION

BEFORE THE COURT is the Agreed Preliminary Injunction that the Court construes as a Motion for Agreed Preliminary Injunction (Motion). (Doc. 38). The Motion informs the Court that Plaintiff Xiqui "Bob" Fu (Plaintiff) and Defendants Guo Wengui also known as Miles Kwok, Miles Guo, Wengui Guo, Ho Wan Kwok (Defendant Kwok), GTV Media Group, Inc. (Defendant GTV), and Saraca Media Group, Inc. (Defendant Saraca) have agreed to a preliminary injunction. Accordingly, pursuant to the agreement of the Plaintiff, Defendant Kwok, Defendant GTV, and Defendant Saraca, the Court **GRANTS** the Motion. (Doc. 38).

On November 12, 2020, Plaintiff filed his Original Complaint for Tort Damages and Injunctive Relief against the named Defendants, asserting claims for stalking, defamation per se, invasion of privacy, assault, private nuisance, and conspiracy (Doc. 1).

On December 31, 2020, Plaintiff filed a Motion and Application for Preliminary Injunction against Defendants, or anyone acting in concert with them, from picketing Plaintiff's home, approaching within one hundred (100) feet of Plaintiff, his wife, his children, or any China Aid employees, and picketing within fifty (50) feet of points of ingress and egress to China Aid's business location (Doc. 33).

Defendant Kwok, Defendant GTV, and Defendant Saraca assert they have not picketed Plaintiff's home, or approached within one hundred (100) feet of Plaintiff, his wife, his children, or any China Aid employees, or picketed within fifty (50) feet of points of ingress an egress to China Aid's business location, as alleged in the Motion and Application for Preliminary Injunction.

By January 2021, the protesting at Plaintiff's home and China Aid's business location had subsided.

Notwithstanding the foregoing, Defendant Kwok, Defendant GTV, and Defendant Saraca agree not to picket Plaintiff's home, or approach within one hundred (100) feet of Plaintiff, his wife, his children, or any China Aid employees, or picket within fifty (50) feet of points of ingress and egress to China Aid's business location.

On January 25, 2021, Plaintiff and Defendant Kwok, Defendant GTV, and Defendant Saraca stipulated and agreed to the relief requested in the Motion without any admission by Defendant Kwok, Defendant GTV, and Defendant Saraca of wrongdoing or violation of law, in order to avoid the time and expense of litigating the Motion and Application for Preliminary Injunction.

Upon entry of an order granting the Motion, Plaintiff withdraws the Motion and Application for Preliminary Injunction as to Defendant Kwok, Defendant GTV, and Defendant Saraca.

Accordingly, it is **ORDERED** that Defendant Kwok, Defendant GTV, and Defendant Saraca, their representatives, agents, servants, and employees be **PRELIMINARILY ENJOINED** from:

1) Picketing outside Plaintiff's home or anywhere else on Bishops Castle Drive in Midland, Texas;

2) Approaching within one hundred (100) feet of Plaintiff, his wife, his children, and any China Aid employees; and

3) Picketing within fifty (50) feet of any points of ingress and egress at the China Aid office property.

It is further **ORDERED** that Plaintiff's Motion and Application for Preliminary Injunction is deemed withdrawn without prejudice as to Defendant Kwok, Defendant GTV, and Defendant Saraca.

It is further **ORDERED** that nothing herein shall constitute a waiver of any jurisdictional challenge that Defendants may have in connection with the Original Complaint or otherwise in this lawsuit.

It is further **ORDERED that this Order will expire on June 1, 2021, unless extended by the Court.** Plaintiff, Defendant Kwok, Defendant GTV, or Defendant Saraca may seek extension, termination, or modification of this Order by filing an appropriate motion.

It is so **ORDERED**.

SIGNED this 2nd day of February, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE