# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARIZONA
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| XIQUI ("BOB") FU, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>GUO WENGUI (a/k/a MILES KWOK, a/k/a WENGUI GUO, a/k/a MILES GUO, a/k/a HO WAN KWOK), an individual; GTV MEDIA GROUP, INC., a Delaware corporation, SARACA MEDIA GROUP, INC., a Delaware corporation, and VOICE OF GUO MEDIA, INC., a Delaware corporation; and LIHONG WEI LAFRENZ (a/k/a SARA WEI) and DONGNA FANG, individuals,<br><br>  Defendants. | No. 7:20-cv-00257 |

## DEFENDANTS VOICE OF GUO MEDIA, INC. AND LIHONG WEI LAFRENZ'S NOTICE OF NO OPPOSITION

Defendants Voice of Guo Media, Inc. ("VOG") and Lihong Wei Lafrenz a/k/a Sara Wei ("Wei") hereby give notice that they have no opposition to the relief requested at pages 17-18 of Plaintiff's Motion for Preliminary Injunction. Defendants VOG and Wei do not waive any of their defenses, including those of personal jurisdiction and/or venue, by providing this notice to the Court. Moreover, they do not concede that they have engaged in any conduct that warrants entry of an injunction as to them.

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Jason R. Bernhardt*
Jason R. Bernhardt
State Bar No. 24045488
jbernhardt@winstead.com
600 Travis, Suite 5200
Houston, Texas 77002
Telephone: (713) 650-8400
Facsimile: (713) 650-2400

{00549284.1 }

- 2 -

        James G. Ruiz
        State Bar No. 17385860
        jruiz@winstead.com
        401 Congress Avenue, Suite 2100
        Austin, TX 78701
        Telephone:  (512) 370-2800
        Facsimile:  (512) 370-2850

        – and –

        **COPPERSMITH BROCKELMAN PLC**

        Keith Beauchamp
        Admitted Pro Hac Vice
        kbeauchamp@kblawyers.com
        2800 North Central Ave, Suite 1900
        Phoenix, AZ 85004
        Telephone:  (602) 381-5490

**ATTORNEYS FOR DEFENDANTS VOICE OF GUO MEDIA, INC. AND LIHONG WEI LAFRENZ A/K/A SARA WEI**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties through their counsel of record via the Court's electronic filing system on May 14, 2021.

        */s/ Jason R. Bernhardt*
        Jason R. Bernhardt